THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVEN BENNETT, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, McNally and McGivern, JJ.